THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* ANTHONY FERNANDEZ, Appellant.

Submitted April 7, 1947; decided April 17, 1947.

*Frank S. Hogan*, District Attorney (*Whitman Knapp* of counsel), for motion.

No one opposed.

Motion granted and appeal dismissed.